

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2015

No. 04-15-00476-CR

David **HUNT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8842B
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's brief was originally due November 16, 2015, but was not filed. On November 23, 2015, this court notified David A. Cuellar, appellant's counsel of record, of the deficiency prior to sending out a formal notice to that effect. *See* TEX. R. APP. P. 38.8(b)(2). On November 24, 2015, Mr. Cuellar responded by letter, informing the court that on August 5, 2015, he filed in the trial court a Motion to Withdraw as Counsel, and on August 11, 2015, the trial court granted the motion. Mr. Cuellar included a copy of the trial court's order granting his motion with his letter to this court. On November 25, 2015, the district clerk filed a supplemental clerk's record, which included a copy of the motion to withdraw and the trial court's order granting the said motion. The supplemental clerk's record also included a copy of an order appointing C. Wayne Huff to represent appellant on appeal. Mr. Huff was appointed on November 24, 2015.

Accordingly, we **ORDER C. Wayne Huff** to file appellant's brief in this case no later than **December 31, 2015**.

We further **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2015.



Keith E. Hottle
Clerk of Court